UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF PENNSYLVANIA

IN RE:
    SABRINA MOSCATIELLO          NO. 17-23677 GLT
                                      CHAPTER 13

---

SECURITYNATIONAL MORTGAGE COMPANY
    vs                                        MOTION RELIEF STAY
SABRINA MOSCATIELLO, Debtor           11 USC §362/1301
RHONA J. WINNECOUR, Trustee
GABRIELLA GERMINARO, Respondent

CERTIFICATION OF SERVICE OF MOTION FOR RELIEF FROM STAY
AND NOTICE OF REPONSE DEADLINE AND HEARING DATE

    Howard Gershman, Esquire certifies that a true and correct copy of the Motion of SecurityNational Mortgage Company for Relief from the Automatic Stay, and the Notice of Response Deadline and Hearing Date of November 1, 2017, were sent this date by first class mail, postage prepaid to the parties listed below.

Date: October 2, 2017

                                             Gershman Law Offices, PC

                                             /s/ Howard Gershman
                                             _____
                                             Howard Gershman, Esquire
                                             610 York Road, Suite 200
                                             Jenkintown, PA 19046
                                             (215) 886 1120

Ms Sabrina Moscatiello
5513 Howe Street
Pittsburgh, PA 15232

Rhonda J. Winnecour, Trustee    (also, electronic service)
Suite 3250 USX Tower
600 Grant Street
Pittsburgh, PA 15219

Ms Gabriella P. Germinaro
PO Box 111295
Pittsburgh, PA 15238

Stay Lift