UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF PENNSYLVANIA

IN RE:

SABRINA MOSCATIELLO                                    NO. 17-23677 GLT
                                                       CHAPTER 13

---

SECURITYNATIONAL MORTGAGE COMPANY
vs                                                     MOTION RELIEF STAY
SABRINA MOSCATIELLO, Debtor                            11 USC §362/1301
RHONA J. WINNECOUR, Trustee
GABRIELLA GERMINARO, Respondent

**NOTICE OF HEARING AND RESPONSE DEADLINE REGARDING MOTION OF SECURITYNATIONAL MORTGAGE COMPANY FOR RELIEF FROM STAY**

To the <u>Debtor, Trustee and Respondents-</u>
You are hereby notified that the Movant seeks an order affecting your rights or property. You are further instructed to file with the Clerk and serve upon the undersigned attorney for Movant a response to the Motion by no later than **OCTOBER 20, 2017** (*i.e.*, seventeen (17) days after the date of service below), in accordance with the Federal Rules of Bankruptcy Procedure, the Local Rules of this Court, and the general procedures of the presiding judge as found on the Court's webpage at www.pawb.uscourts.gov. If you fail to timely file and serve a written response, an order granting the relief requested in the Motion may be entered and the hearing may not be held. Please refer to the calendar posted on the Court's webpage to verify if a default order was signed or if the hearing will go forward as scheduled. **You should take this Notice and the Motion to a lawyer at once.**

A HEARING will be held on **November 1, 2017 AT 10:00 AM**, before Judge Gregory L. Taddonio in Courtroom A, 54th Floor U.S. Steel Tower, 600 Grant Street, Pittsburgh, PA 15219. Only a limited time of ten (10) minutes is being provided on the calendar. No witnesses will be heard. If there is an issue of fact, an evidentiary hearing will be scheduled by the Court for a later date.

Date of Service: October 2, 2017

Howard Gershman, Esquire
Attorney for Movant/Applicant

_/s/_____

Gershman Law Offices PC
610 York Road, Ste. 200, Jenkintown, PA 19046

Telephone Number: 215.886.1120    Fax: 215.886.1118
howard@gershman-law.com
PA Attorney I.D. No. 25555

Stay Lift