IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| CASE NAME | Sabrina Moscatiello |
|---|---|
| CASE NO. | 17-23677 GLT |
| RELATED TO DOCUMENT NO. | Debtor Response To Motion Relief From Stay |

NOTICE REGARDING
NONCONFORMING DOCUMENT

The **Debtor Response To Motion Relief From Stay** that you submitted has been accepted for filing. However, this document fails to conform to the Bankruptcy Code, Federal Rules of Bankruptcy Procedure, and/or Local Bankruptcy Rules.

The **Debtor Response To Motion Relief From Stay** does not have the Filer's original signature listed along with the filer's address and telephone listed below the signature line.

You must file **Debtor Response To Motion Relief From Stay** within ten (10) days of the date of this notice.

This deadline does not affect any other deadlines in your bankruptcy case.

**Please attach a copy of this Notice to the front of the Debtor Response To Motion Relief From Stay that is filed in response to this Notice.**

| | | |
|---|---|---|
| October 20, 2017 | By: | Lylenn Fox |
| Date | | Deputy Clerk |

#106c-I

United States Bankruptcy Court
Western District of Pennsylvania

In re:　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　Case No. 17-23677-GLT
Sabrina Moscatiello　　　　　　　　　　　　　　　　　　　　　　　　　　　Chapter 13
　　　　Debtor

## CERTIFICATE OF NOTICE

District/off: 0315-2　　　　User: mgut　　　　　　　Page 1 of 1　　　　　　Date Rcvd: Oct 20, 2017
　　　　　　　　　　　　　　Form ID: pdf901　　　　Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Oct 22, 2017.
db　　　　　　　+Sabrina Moscatiello,    5513 Howe Street,    Pittsburgh, PA 15232-2303

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　TOTAL: 0

　　　　　***** BYPASSED RECIPIENTS *****
NONE.　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 22, 2017　　　　　　　　　　　　　　　　　　Signature:　/s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on October 20, 2017 at the address(es) listed below:
　　　　　　Allison L. Carr　　on behalf of Creditor　　Duquesne Light Company acarr@bernsteinlaw.com,
　　　　　　　acarr@ecf.courtdrive.com;cwirick@ecf.courtdrive.com
　　　　　　Howard  Gershman　　on behalf of Creditor　　SecurityNational Mortgage Company
　　　　　　　howard@gershman-law.com
　　　　　　James  Warmbrodt　　on behalf of Creditor　　JPMORGAN CHASE BANK, NATIONAL ASSOCIATION
　　　　　　　bkgroup@kmllawgroup.com
　　　　　　Office of the United States Trustee　　ustpregion03.pi.ecf@usdoj.gov
　　　　　　Ronda J. Winnecour　　cmecf@chapter13trusteewdpa.com
　　　　　　S. James Wallace　　on behalf of Creditor　　Peoples Natural Gas Company LLC sjw@sjwpgh.com,
　　　　　　　Equitablebankruptcy@peoples-gas.com;srk@sjwpgh.com
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　TOTAL: 6