Filed
10/24/17 2:16 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

# UNITED STATES BANKRUPTCY COURT
## WESTERN DISTRICT OF PENNSYLVANIA

IN RE:

SABRINA MOSCATIELLO                 NO. 17-23677 GLT
                                    CHAPTER 13

_____

SECURITYNATIONAL MORTGAGE COMPANY
        vs                          MOTION RELIEF STAY
SABRINA MOSCATIELLO, Debtor         11 USC §362/1301
RHONA J. WINNECOUR, Trustee
GABRIELLA GERMINARO, Respondent     Related to Docket No. 13

## ORDER

AND NOW, this    24th Day of October,    2017, in consideration of the

Motion of SecurityNational Mortgage Company for Relief from the Automatic Stay, there

being no response thereto, it is hereby ORDERED, The Motion for Relief From Stay is
DENIED as being MOOT, as this case has been Dismissed.

_____
Gregory L. Taddonio, Judge
United States Bankruptcy Court

Case Administrator to serve:  Debtor, Counsel for Debtor and Trustee

United States Bankruptcy Court
Western District of Pennsylvania

In re:                                                                                          Case No. 17-23677-GLT
Sabrina Moscatiello                                                                             Chapter 13
        Debtor

## CERTIFICATE OF NOTICE

District/off: 0315-2              User: mgut              Page 1 of 1              Date Rcvd: Oct 24, 2017
                                 Form ID: pdf900         Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Oct 26, 2017.
db              +Sabrina Moscatiello,    5513 Howe Street,    Pittsburgh, PA 15232-2303

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                            TOTAL: 0

          ***** BYPASSED RECIPIENTS *****
NONE.                                                                                           TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 26, 2017                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on October 24, 2017 at the address(es) listed below:
          Allison L. Carr    on behalf of Creditor    Duquesne Light Company acarr@bernsteinlaw.com,
          acarr@ecf.courtdrive.com;cwirick@ecf.courtdrive.com
          Howard Gershman    on behalf of Creditor    SecurityNational Mortgage Company
          howard@gershman-law.com
          James Warmbrodt    on behalf of Creditor    JPMORGAN CHASE BANK, NATIONAL ASSOCIATION
          bkgroup@kmllawgroup.com
          Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
          Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
          S. James Wallace    on behalf of Creditor    Peoples Natural Gas Company LLC sjw@sjwpgh.com,
          Equitablebankruptcy@peoples-gas.com;srk@sjwpgh.com
                                                                                    TOTAL: 6