# UNITED STATES BANKRUPTCY COURT
# WESTERN DISTRICT OF PENNSYLVANIA

IN RE:

SABRINA MOSCATIELLO                                       NO. 17-23677 GLT
                                                          CHAPTER 13
SECURITY NATIONAL MORTGAGE COMPANY

vs.

SABRINA MOSCATIELLO, Debtor              DEBTOR RESPONSE TO
RHONA J. WINNECOUR, Trustee              MOTION RELIEF FROM STAY
GABRIELLA GERMINARO, Respondent

1. The original mortgage amount was $ 135,000

2. Payments of over $ 18,000 have been made to Security National Mortgage.

3. The mortgage balance is $133,802.57

4. The homeowners have made significant improvements to the property since mortgaging the property.

5. Mortgagors have made several requests for a loan modification, all requests have been denied.

6. The current interest rate is over 10%.

7. SNMC charged "loan fees" of over $10,000. Therefore, SNMC has been paid over $28,000 in interest and fees.

8. Security National Mortgage is in no danger of irreparable harm.

9. The 116 Swiss Mountain property has a fair market value of $250,000.

10. Security National Mortgage is attempting to steal the property from Mortgagors and harvest the equity.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

_____
Sabrina Moscatiello                                       Date: October 19, 2017
5513 Howe Street
Pgh PA 15232
412-683-0288