FILED
12/13/17 10:04 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re: | Case No. 17-23677-GLT |
| | Chapter 13 |
| SABRINA MOSCATIELLO | Related to Dkt. No. 33, 34 & 35 |
| Debtor. | Hearing: December 20, 2017 at 1:30 p.m. |
| SABRINA MOSCATIELLO | |
| Movant | |
| v. | |
| SECURITY NATIONAL MORTGAGE COMPANY | |
| Respondent | |

## ORDER RESCHEDULING TIME OF HEARING

This matter is before the Court upon the filing of *The Motion to Vacate Order [Dkt. No. 33]* and the *Objection to Motion to Vacate Dismissal Order* [Dkt. No. 34]  A hearing to consider the *Motion to Vacate Order* is scheduled on December 20, 2017.

**AND NOW**, it is hereby **ORDERED**, **ADJUDGED**, and **DECREED** that:

1. The hearing to consider the *Motion to Vacate* scheduled on December 20, 2017 at 9:00 a.m. is **RESCHEDULED** to **December 20, 2017**, at **1:30 p.m.** in Courtroom A, 54th Floor, U.S. Steel Tower, 600 Grant Street, Pittsburgh, Pennsylvania 15219.

2. Only the time of the hearing is being altered.  All other provisions of the *Order Setting Hearing* [Dkt. No. 35] remain in full force and effect.

Dated:  December 13, 2017

GREGORY L. TADDONIO
UNITED STATES BANKRUPTCY JUDGE

Case administrator to mail to:
Sabrina Moscatiello, (pro se)
Howard Gershman, Security National Mortgage
Ronda J. Winnecour, Trustee
Office of the U.S. Trustee

United States Bankruptcy Court
Western District of Pennsylvania

In re:                                                                                       Case No. 17-23677-GLT
Sabrina Moscatiello                                                                          Chapter 13
        Debtor

## CERTIFICATE OF NOTICE

District/off: 0315-2          User: mgut              Page 1 of 1              Date Rcvd: Dec 13, 2017
                              Form ID: pdf900         Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Dec 15, 2017.
db             +Sabrina Moscatiello,    5513 Howe Street,    Pittsburgh, PA 15232-2303

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                TOTAL: 0

              ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 15, 2017                                          Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on December 13, 2017 at the address(es) listed below:
              Allison L. Carr    on behalf of Creditor    Duquesne Light Company acarr@bernsteinlaw.com,
               acarr@ecf.courtdrive.com;cwirick@ecf.courtdrive.com
              Howard  Gershman    on behalf of Creditor    SecurityNational Mortgage Company
               howard@gershman-law.com
              James  Warmbrodt    on behalf of Creditor    JPMORGAN CHASE BANK, NATIONAL ASSOCIATION
               bkgroup@kmllawgroup.com
              Jeffrey R. Hunt    on behalf of Creditor    City & School District of Pittsburgh jhunt@grblaw.com,
               cnoroski@grblaw.com
              Office of the United States Trustee     ustpregion03.pi.ecf@usdoj.gov
              Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
              S. James Wallace    on behalf of Creditor    Peoples Natural Gas Company LLC sjw@sjwpgh.com,
               Equitablebankruptcy@peoples-gas.com;srk@sjwpgh.com
                                                                                             TOTAL: 7