IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

IN RE:

SABRINA MOSCATIELLO

Debtor.

BANKRUPTCY NO. 17-23677-GLT

CHAPTER 13

## NOTICE OF APPEARANCE AND REQUEST FOR COPIES OF ALL ORDERS, NOTICES AND PLEADINGS

To: Clerk of the Bankruptcy Court:

Please enter the appearance of Thomas E. Reilly, Esquire on behalf of SecurityNational Mortgage Company in the above-captioned matter. We request copies of all further Notices, Orders and Pleadings. All such documents should be directed to Thomas E. Reilly, Esquire at the address set forth below.

THOMAS E. REILLY, P.C.

Dated: 12/20/2017       BY:     */s/ Thomas E. Reilly*
Thomas E. Reilly, Esquire
Pa. I.D. #25832
Waterfront Corporate Park
Building One, Suite 403
2200 Georgetowne Drive
Sewickley, PA 15143
(724) 933-3500
(724) 933-3505 (fax)
tereilly@tomreillylaw.com