FILED
12/21/17 8:56 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

In re:                                          : Case No.:  17-23677-GLT
                                                : Chapter:   13
Sabrina Moscatiello                             :
                                                :
                                                : Date:      12/20/2017
                    *Debtor.*                   : Time:      01:30

## PROCEEDING MEMO

**MATTER:**  #33 Motion to Vacate Order Dismissing Case filed by the Debtor
             #34- Response filed by Security National Mortgage co.

**APPEARANCES:**
             Debtor:    [No appearance]
             Trustee:   Jana Pail
             Security:  Thomas Reilly; Howard Gershman [CourtCall]

**NOTES:**

Reilly: The Debtor's motion does not indicate she can formulate a plan that could fund the mortgage.

Court: If a motion for reconsideration is sought after a dismissal order is entered for failure to complete the petition, the Debtor must also complete the petition prior to filing the motion.

**OUTCOME:**

1. The Motion to Vacate Order [Dkt. No. 33] is dismissed for failure to prosecute. (Text Order to issue.)

**DATED:** 12/20/2017