Case 17-23677-GLT    Doc 44    Filed 12/23/17    Entered 12/24/17 00:54:25    Desc Imaged
Certificate of Notice    Page 1 of 2

FILED
12/21/17 4:32 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF PENNSYLVANIA

IN RE:

SABRINA MOSCATIELLO

NO. 17-23677 GLT
CHAPTER 13

---

SABRINA MOSCATIELLO, Debtor

SECURITYNATIONAL MORTGAGE COMPANY
RHONA J. WINNECOUR, Trustee, Respondents

Refer Motion to Vacate
(Doc. 33)

ORDER RE: DEBTOR'S MOTION TO VACATE ORDER [OF DISMISSAL]

AND NOW, this 20th day of December 2017, in consideration of the Debtor's Motion to Vacate this Court's Dismissal Order of October 23, 2017, the responses there to, and after an opportunity to be heard:

The Motion is DENIED. The Clerk is instructed to close the case at the appropriate time.

~~The Motion is granted to a limited extent, the reopening of this case shall NOT act as a stay of the *in rem* proceedings in the Court of Common Pleas of Somerset County, PA, Case No. 28 Civil No. 2016, in mortgage foreclosure, *sub nom*, SecurityNational Mortgage Company v. Germinaro, Moscatiello, as to Premises located at and known as 116 Swiss Mountain Drive, Middlecreek Township, Champion, PA.~~

BNC to serve:
Debtor
Attorney Gershman

By the Court,

/s/ Gregory L. Taddonio
Gregory L. Taddonio,
Bankruptcy Judge

United States Bankruptcy Court
Western District of Pennsylvania

In re:                                                                          Case No. 17-23677-GLT
Sabrina Moscatiello                                                             Chapter 13
         Debtor

## CERTIFICATE OF NOTICE

District/off: 0315-2        User: mgut              Page 1 of 1            Date Rcvd: Dec 21, 2017
                            Form ID: pdf900        Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Dec 23, 2017.
db             +Sabrina Moscatiello,    5513 Howe Street,    Pittsburgh, PA 15232-2303

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                            TOTAL: 0

             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                            TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 23, 2017                                    Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on December 21, 2017 at the address(es) listed below:
              Allison L. Carr    on behalf of Creditor    Duquesne Light Company acarr@bernsteinlaw.com,
               acarr@ecf.courtdrive.com;cwirick@ecf.courtdrive.com
              Howard  Gershman    on behalf of Creditor    SecurityNational Mortgage Company
               howard@gershman-law.com
              James  Warmbrodt    on behalf of Creditor    JPMORGAN CHASE BANK, NATIONAL ASSOCIATION
               bkgroup@kmllawgroup.com
              Jeffrey R. Hunt    on behalf of Creditor    City & School District of Pittsburgh jhunt@grblaw.com,
               cnoroski@grblaw.com
              Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
              Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
              S. James Wallace    on behalf of Creditor    Peoples Natural Gas Company LLC sjw@sjwpgh.com,
               Equitablebankruptcy@peoples-gas.com;srk@sjwpgh.com
              Thomas E. Reilly    on behalf of Creditor    SecurityNational Mortgage Company ecf@tomreillylaw.com
                                                                                             TOTAL: 8